■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY T. SADDLER, Appellant. (Appeal No. 2.) [40 NYS3d 341]— Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, A.J.), rendered November 17, 2015. The judgment convicted defendant, upon his plea of guilty, of aggravated family offense.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Saddler* ([appeal No. 1] 144 AD3d 1520 [2016]). Present—Whalen, P.J., Smith, Lindley, Troutman and Scudder, JJ.